## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR 20-73-BLG-SPW** |
| **Plaintiff,** | |
| **vs.** | **ORDER QUASHING SUMMONS. ISSUING SUMMONS, AND NEW ARRAIGNMENT** |
| **BRETT WILLIAM JAMES JONES,** | |
| **Defendants.** | |

Upon motion of the United States, and for good cause shown,

IT IS ORDERED that the summons issued in this case that requires the defendant to appear and answer to the indictment, on September 10, 2020, be QUASHED.  The Clerk shall prepare and issue a new summons for the defendant.

IT IS FURTHER ORDERED that the arraignment currently scheduled on September 10, 2020, at 9:00 a.m., be VACATED.  The arraignment is rescheduled for October 6, 2020 at 9:00 a.m.

DATED this 8th day of September, 2020.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge

1