# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, vs. **BRETT WILLIAM JAMES JONES,** Defendants. | CR 20-73-BLG-SPW-1 **ORDER QUASHING SUMMONS. ISSUING SUMMONS, AND NEW ARRAIGNMENT** |

Upon motion of the United States, and for good cause shown,

IT IS ORDERED that the summons issued in this case that requires the Defendant to appear and answer to the indictment on October 6, 2020 be QUASHED.  The Clerk shall prepare and issue a new summons for the Defendant.

IT IS FURTHER ORDERED that the arraignment currently scheduled on October 6, 2020, at 9:00 a.m., be VACATED and rescheduled for **December 1, 2020 at 9:00 a.m.**

DATED this 2nd day of October, 2020.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge